Order Michigan Supreme Court
 Lansing, Michigan

 November 25, 2014 Robert P. Young, Jr.,
 Chief Justice

 148367 Michael F. Cavanagh
 Stephen J. Markman
 Mary Beth Kelly
 Brian K. Zahra
 Bridget M. McCormack
 RICHARD T. CLERC, Personal Representative David F. Viviano,
 of the Estate of SARALYN M. CLERC, Justices
 Plaintiff-Appellee,
 v SC: 148367
 COA: 307915
 Chippewa CC: 01-005641-NH
 CHIPPEWA COUNTY WAR MEMORIAL
 HOSPITAL,
 Defendant-Appellee,
 and
 MARY LYNETTE BAKER, a/k/a MARY K.
 BAKER, Personal Representative of the Estate
 of ROBERT BRUCE BAKER, M.D., a/k/a
 ROBERT B. BAKER,
 Defendant-Appellant.

 _________________________________________/

 On order of the Court, the application for leave to appeal the November 14, 2013
 judgment of the Court of Appeals is considered, and it is DENIED, because we are not
 persuaded that the questions presented should be reviewed by this Court.

 I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
 foregoing is a true and complete copy of the order entered at the direction of the Court.
 November 25, 2014
 t1117
 Clerk